UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RADILLO SANCHEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No.  2:12-cv-2869-LKK-EFB P |
| ALBERTO SANCHEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | No.  2:13-cv-0491-MCE-KJN P |
| EDGAR ALEJANDRO RADILLO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVID B. LONG,<br><br>　　　　Respondent. | No.  2:13-cv-0280-JAM-EFB P |

1

1 ORDER

2 Examination of the above-entitled actions reveals that these cases are related within the
3 meaning of Local Rule 123(a).  The actions involve the same property, transaction or event and
4 similar questions of fact and the same question of law.  The petitioners were co-defendants in the
5 underlying criminal action.  Accordingly, assignment of the matters to the same judge is likely to
6 effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

7 The parties should be aware that relating the cases under Local Rule 123 merely has the
8 result that the actions are assigned to the same judge; no consolidation of the actions is effected.
9 Under the regular practice of this court, related cases are generally assigned to the judge and
10 magistrate judge to whom the first filed action was assigned.

11 Therefore, IT IS ORDERED that the actions denominated as 2:13-cv-0491-MCE-KJN,
12 and 2:13-cv-0280-JAM-EFB are reassigned to the undersigned and to Magistrate Judge Edmund
13 F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the
14 reassigned cases shall be shown as No. 2:13-cv-0491-LKK-EFB, and 2:13-cv-0280-LKK-EFB.

15 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
16 the assignment of civil cases to compensate for this reassignment.

17 IT IS SO ORDERED.
18 DATED: December 3, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT